```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 10980
   AARON D BYRNES
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0818


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 09/05/2006 and was confirmed 12/18/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/13/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID            PAID

-----------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG          .00            .00            .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE          .00            .00            .00
7306 NO WINCHESTER CONDO SECURED            7498.07            .00         910.00
COOK COUNTY COLLECTOR    SECURED                .00            .00            .00
AMERICAN STUDENT ASSISTA UNSECURED        NOT FILED            .00            .00
CERTIFIED SERVICES       UNSECURED        NOT FILED            .00            .00
B-REAL LLC/CHASE BANK US UNSECURED           1891.01           .00            .00
B-REAL LLC/CHASE BANK US UNSECURED           5728.17           .00            .00
LVNV FUNDING LLC         UNSECURED           3625.97           .00            .00
CITY OF CHICAGO PARKING  UNSECURED           2420.00           .00            .00
COMMONWEALTH EDISON      UNSECURED           1475.55           .00            .00
CONSULTANTS RADIOLOGISTS UNSECURED        NOT FILED            .00            .00
IHC ST FRANCIS           UNSECURED        NOT FILED            .00            .00
MACYS CARD STORE         UNSECURED        NOT FILED            .00            .00
MARY MACGREGOR           UNSECURED        NOT FILED            .00            .00
NORTH SHORE ANESTHESIOLO UNSECURED        NOT FILED            .00            .00
NORTHSHORE PATHOLOGY CON UNSECURED        NOT FILED            .00            .00
OMNI CREDIT SERVICES     UNSECURED        NOT FILED            .00            .00
VOLKSWAGON CREDIT        UNSECURED        NOT FILED            .00            .00
7306 NO WINCHESTER CONDO UNSECURED              .00            .00            .00
ECMC                     UNSECURED          19745.35           .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY            703.51            .00            .00
PHILIP A IGOE            DEBTOR ATTY       2,774.00                       2,482.68
TOM VAUGHN               TRUSTEE                                            207.32
DEBTOR REFUND            REFUND                                                .00


     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  3,600.00


              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 10980 AARON D BYRNES
```

```
PRIORITY                                                              .00
SECURED                                                            910.00
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,482.68
TRUSTEE COMPENSATION                                               207.32
DEBTOR REFUND                                                         .00
                                    ---------------    ---------------
TOTALS                                     3,600.00           3,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 12/03/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```